IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| | |
|---|---|
| LADONNA NEWTON,<br>Individually And On Behalf Of All Others,<br><br>Plaintiff,<br><br>v.<br><br>CAREMARK PHC, L.L.C.,<br><br>Defendant. | CIVIL ACTION NO. _____<br><br>JURY TRIAL DEMANDED |

## NOTICE OF REMOVAL

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI, ST. JOSEPH DIVISION:

PLEASE TAKE NOTICE that Defendant Caremark PhC, L.L.C. ("Caremark")[1] hereby removes the above-captioned action to the United States District Court for the Western District of Missouri pursuant to 28 U.S.C. §§ 1331, 1441 and 1446. Caremark provides the following "short and plain statement of the grounds for removal" pursuant to 28 U.S.C. § 1446(a). *Dart Cherokee Basin Operating Co., LLC v. Owens*, \_\_ U.S. \_\_, 135 S. Ct. 547, 554 (2014).

1. On January 12, 2017, Plaintiff Ladonna Newton filed this action, captioned *Newton v. Caremark PhC, L.L.C.*, No. 17CN-CV00017, in the 43rd Judicial Circuit Court of Clinton County, Missouri. Ms. Newton served the Complaint on the registered agent for Caremark on January 17, 2017. A true and correct copy of the Summons and Complaint are attached hereto as **Exhibit A** pursuant to 28 U.S.C. § 1446(a). No other process, pleadings, or orders have been served upon Caremark.

---

[1] Ms. Newton incorrectly named Caremark PhC, L.L.C. as the Defendant in this case. She in fact applied for employment with Caremark, L.L.C.

2. This Court has original subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331, because the action arises under the federal Fair Credit Reporting Act ("FCRA"), 15 U.S.C. §§ 1681 *et seq.* Complaint, Ex. A.

3. Removal is timely. Caremark removed this action within 30 days after service of the Complaint pursuant to 28 U.S.C. § 1446(b).

4. Venue is proper in this Court. Ms. Newton filed the action in the Circuit Court of Clinton County, Missouri. Venue therefore properly lies in the United States District Court for the Western District of Missouri, St. Joseph Division, the district and division embracing Clinton County. 28 U.S.C. §§ 105(b)(3), 1441(a).

5. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being served on counsel for Ms. Newton and a copy is being filed with the Clerk of the 43rd Judicial Circuit Court of Clinton County, Missouri.

WHEREFORE, Caremark hereby removes the action pending in the 43rd Judicial Circuit Court of Clinton County, Missouri in its entirety to this the United States District Court for the Western District of Missouri, St. Joseph Division.

Dated: February 16, 2017

Respectfully submitted,

GREENBERG TRAURIG, LLP

s/ Robert H. Bernstein
Robert H. Bernstein, #60233
500 Campus Drive, Suite 400
Florham Park NJ 07932
Telephone: (973) 360-7900
Facsimile: (973) 301-8410
E-Mail: bernsteinrob@gtlaw.com

James N. Boudreau
Pennsylvania Bar No. 77891

*Pro Hac Vice Application Forthcoming*
Christiana L. Signs
Pennsylvania Bar No. 317851
*Pro Hac Vice Application Forthcoming*
2700 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
Telephone: (215) 988-7800
Facsimile: (215) 988-7801
E-Mail: boudreauj@gtlaw.com
E-Mail: signsc@gtlaw.com

*Attorneys for Defendant Caremark PhC, L.L.C.*

3

## CERTIFICATE OF SERVICE

I, Robert H. Bernstein, hereby certify that on February 16, 2017, I caused a true and correct copy of the foregoing Notice of Removal to be served via Email and U.S. Mail on the following counsel of record:

C. Jason Brown
Jayson A. Watkins
BROWN & WATKINS LLC
301 S. US 169 Hwy
Gower, Missouri 64454
Tel: 816.505.4529
Fax: 816.424.1337
brown@brownandwatkins.com
watkins@brownandwatkins.com

*Attorneys for Plaintiff*

s/ Robert H. Bernstein
Robert H. Berstein, #78213