# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# ST. JOSEPH DIVISION

| | |
|---|---|
| LADONNA NEWTON, Individually And On Behalf Of All Others, <br><br>　　　　Plaintiff, <br><br>v. <br><br>CAREMARK PHC, L.L.C., <br><br>　　　　Defendant. | No. 17-CV-06019-SJ-DW |

## ORDER

Before the Court is the Parties' Stipulation of Dismissal With Prejudice (Doc. 29). Accordingly, this action is DISMISSED WITH PREJUDICE, with each party to bear its own costs. The Clerk of Court shall terminate any pending motions, and shall then mark this case as closed.

IT IS SO ORDERED.

Date: September 18, 2017　　　　　　　　　　　/s/ Dean Whipple
　　　　　　　　　　　　　　　　　　　　　　　Dean Whipple
　　　　　　　　　　　　　　　　　　　　United States District Judge